THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL COLLIER, Appellant. [874 NYS2d 856]—Appeal from a

judgment of the Ontario County Court (Frederick G. Reed, J.), rendered July 11, 2007. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree and grand larceny in the fourth degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Carni and Gorski, JJ.